# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ZENIA M. BROWN  
1035 W. JEFFERSON STREET  
ROCKFORD, IL  61101  

SSN-xxx-xx-6261

Case Number: 05-73601

Case filed on: 7/19/2005  
Plan Confirmed on: 9/16/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,950.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ZENIA M. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DOWNTOWN MOTORS | 1,900.00 | 1,900.00 | 469.81 | 0.00 |
|  | Total Secured | 1,900.00 | 1,900.00 | 469.81 | 0.00 |
| 002 | AMERICAN AGENCIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN CREDIT EDUCATOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 186.54 | 186.54 | 0.00 | 0.00 |
| 005 | CAVALRY PORTFOLIO SERVICES LLC | 931.10 | 931.10 | 0.00 | 0.00 |
| 006 | CBC NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECK IT | 92.38 | 92.38 | 0.00 | 0.00 |
| 008 | COMED CO | 656.15 | 656.15 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GLOBAL PAYMENTS CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H.E. STARK AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INOVISION / NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 5,778.22 | 5,778.22 | 0.00 | 0.00 |
| 015 | NCO - MARLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SUPERIOR ASSET MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | UNITED COMPUCRED | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 467.06 | 467.06 | 0.00 | 0.00 |
|  | Total Unsecured | 8,111.45 | 8,111.45 | 0.00 | 0.00 |
|  | Grand Total: | 11,375.45 | 11,375.45 | 1,833.81 | 0.00 |

Total Paid Claimant: $1,833.81  
Trustee Allowance: $116.19  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan